# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM CAMPBELL,

    Plaintiff,

v.

UNIVERSITY MEDICAL CENTER,

    Defendant.

Case No. 2:23-cv-01375-CDS-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by November 22, 2023.

    IT IS SO ORDERED.

    Dated: November 15, 2023

_____
Nancy J. Koppe
United States Magistrate Judge