# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>    Defendant. | Case No. 2:23-cv-01375-CDS-NJK<br><br>**ORDER**<br><br>[Docket Nos. 13, 14] |

      Pending before the Court are Plaintiff and Defendant's separate proposed discovery plans. Docket Nos. 13, 14. Proposed discovery plans must be submitted jointly. Local Rule 26-1(a).

      Accordingly, the parties' separate proposed discovery plans are **DENIED** without prejudice. Docket Nos. 13, 14. A properly formatted joint proposed discovery plan must be submitted no later than December 5, 2023.

      IT IS SO ORDERED.

      Dated: November 28, 2023

                                                Nancy J. Koppe<br>
                                                United States Magistrate Judge