# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CAMPBELL,<br><br>　　Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>　　Defendant. | Case No.: 2:23-cv-01375-CDS-NJK<br><br>**Order** |

On January 21, 2024, Plaintiff sent an email to Judge Youchah's chambers requesting clarification of the Court's scheduling order. Plaintiff is **CAUTIONED** that the local rules prohibit *ex parte* communications. Local Rule IA 7-2(b). To the extent Plaintiff seeks any relief from the Court, he must file a proper written request on the docket. Failure to comply with this order may result in the imposition of sanctions.

　　IT IS SO ORDERED.

　　Dated: January 23, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1