UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

William Campbell,

          Plaintiff

v.

University Medical Center,

          Defendant

Case No. 2:23-cv-01375-CDS-NJK

**Order Directing Defendant to Comply with Local Rule IC 6-1**

      Defendant University Medical Center (UMC) filed a notice indicating that it had complied with my order directing it to file redacted versions of Exhibits C (ECF No. 25-3) and D (ECF No. 25-4) because they contained personal-data identifiers. ECF No. 32. However, UMC's exhibits still violate Local Rule IC 6-1. Although it redacted Campbell's date of birth, it did not remove his home address. LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed."). UMC is again ordered to file corrected images of the exhibits with the personal data-identifiers redacted, as required by the local rules, by December 20, 2024.

Dated: December 18, 2024

                                                _____
                                                Cristina D. Silva
                                                United States District Judge